Please Record........ Not Doing No Job!!

FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS

JAN 30 2015

CHRISTOPHER A. PRINE

CLERK_____

01-14-00021-CV

I REGIA Jophus hAve move-out on 1/16/15.

Same Guilty Suspects stalk out useiing A Flen, Sataline, Amplified. Suspect included making sure they have, every Keet card, Keycard consist of, the original Reading. Reading consist of evidence. At New Address; 4200 CYPress Creek Pkwy Houston Tx. 77068 I've Gave All my Exihbits to the Court, thats Fully detail, Suspects stole old Lease Agreement, 3643 North 9mac Gregor WAY. Houston Tx. 77004 #40 and Copies of Lease. officer was call out For Report. Prase don't Give my evidence to Party's that include upon Lawsuit. They are sharing A continuawation of Creating Fraud, Re-Recording over. continue to Insteal Fraud, with-in Keycard. Please Give me, my Lawsuit, Suspects useiig my Daughters daily. They are Guilty.

"Court of APPEAL"
301 FANNIN St.
Houston TK. 77002
REGINA SoPhus
945 mc 9Kinney St. #441

Houston TK. 77002
CASE # 01-14-00021-CV

PIAYson Phone: 281.222.5105


Please Give mY LAwsuit, these Fools are GuiltY.

3643 N. Macgregor Way

Houston , TX 77004

Continue to cover up from the court #44 (40 Loft)

Criminals tamper with;

Brain ultarmentation; use for lawsuit, daily living, suspects.

Gallimpropsy, swap gallimpropsys

Adomen – took a thin layer and terrorize......

Tamper with right side of eardrum.........

Took answering service right side of brain........

Tamper with the reading located on vertebral column

Sigmoid colon, skin cell, sound waves volwmn......

Hemoglobin, use a diagram

tamper with so much more to cover up the investigation of Court of Appeal. Suspects stole flen, re-recorded over. Suspects cover up whatever the court house would use......

Brain ultarmentation states everything.....

Continue to use me? On property 3643 N. Macgregor Way Houston TX 77004

Suspects try to cover up every inch of evidence.....

I have all my exhibits as to how I was use.... To cover up lawsuit.

Exhibits tell the reading....upon being use.....

District court have exhibit all that wasn't recording over. Exhibits were prolong, to walk over to Courts of Appeals.

Contuation at 3643 N. MacGregor Way, Houston, Tx. 77004          2015

8/26/13   *1/30/15*

We doing job cont.....

I Regina was use, by suspects doing a so call job.  Tamper with mail,
In and out apartment.  No work order.....
Please record harassment on property at;

New Hope Apartments
320 Hamilton Street Apt 120
Houston, TX  77002

I Regina Sophus was use to receive a <u>crazy check</u>.  Suspects lie to the state, of
Proceeding all the way, with lies.....Investigate
Nothing is being accomplished about it.....

Other than fraud.  Fraud consist of, using
Regina for fake recording. (Fake).  Etc.

Names to  supoena included......

Continue of staying in my business.

Aug. 24, 2013

"Suspects" They use investigate

Names being used at:

New Hope Apartments
320 Hamilton Street Apt 120
Houston, TX  77002

To use Regina Sophus......

X Luther Ingrin
X Officer Bun Cornelius (J.B. Cornelius)
Monique Ware
Larry Ware
La Bertha Harris
La Bertha Massie (Maiden name)
Reggie Massie – Son of David
Kelly Massie – Son of David
Samuel Jackson Massie (Sammie)

*District Attorney retire employee,*
*Denise Laskawi*

Rhonda Foot
(Suspect)Lavetta Brossard (Lavellta)
Monique (Garden City) (Check lease agreement #131)
Re-Re          "      "       Previous lease agreement
Craig Mosley (On Property)
Vanessa Smith
Vanessa Pulmo (Polo Club previous employee)
14531 Ella Blvd., Houston, TX  77014

Oliver North Bolavan & Lawyer
2519 Grand Canyon

"We doing a job"

John (E Boo) Jackson (Acres Home)
Tanisha Jackson daughter (Re-Re)
Catherine Massie (Mae-Mae)
David Massie (Husband)
Candice Massie (Daughter)
Detric Massie (Son of Biddy)
Kim Massie (Wife)
Urea Jone (Re-Re)
Kim Johnson
Marcus Kelly
Katrina Byars
Kill Dee (Nickname) Katrina Husband
Michael - Live on property (White male, short, fat)
Use Michael Milburn

"We doing a job"

*Anthony Jone
*Kenneth Wayne Jones
*Sue Jean Jone
*Paula Jone
*Letha Renea Jones
Martha Richard
LA Shaw Milburn Roslinson
Dunn Roslinson (Husband)
(Biddy) Maude Tranhan
(Bay) Annhremease Smith Massie *(Maiden name)
Tennica Massie
Robert jones
Bridgett Jones
Paul Burn
Bertha Burn

ArLAn Deckard

monica Jones

Don Sullivan

Lawonda Thompson – Humble Texas

"Suspects live on property"    Loft Sitters

114 – Gloria
119 – Mr Woodro
121 – Fugitive
1st Hall "Joseph" Beverly
Karen 3rd Floor use last rm. On 1st hall for harassment

"Officers to subpoena"        Unresolves Police Report.  Use me to be crazy!!
Nguyen
Johnson, SM
Meadows, NC
J-L. Beitia
M.A. Simerskey
K. Taylor
Baker Baldwin
Officer Osborn "We doing a job"

Stated he need to tell supervisor something….
Of Regina being  a part of police reports

Included; School District, Nursing Home….

1200 Travis HPd,…..

South Central HPD…